**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter  11

☐ Check if this an amended filing

---

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Hatchets and Hops Black Rock LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  Hatchets and Hops |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 38-4129657 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 68 Tonawanda Street, Space 1<br>Buffalo, NY 14207<br><sub>Number, Street, City, State & ZIP Code</sub> | P.O. Box 17<br>Buffalo, NY 14203<br><sub>P.O. Box, Number, Street, City, State & ZIP Code</sub> |
| Erie<br><sub>County</sub> | **Location of principal assets, if different from principal place of business**<br><br><sub>Number, Street, City, State & ZIP Code</sub> |

**5. Debtor's website** (URL)   www.hatchetsandhops.com

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | Hatchets and Hops Black Rock LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor  Hatchets and Hops Black Rock LLC                                         Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor    See Attachment                                    Relationship
District                       When                         Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
                              Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
        Contact name
        Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49                ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99               ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

■ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**  ☐ $0 - $50,000   ☐ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion

Debtor  Hatchets and Hops Black Rock LLC    Case number (*if known*)
　　　　　Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Hatchets and Hops Black Rock LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  February 15, 2024
  MM / DD / YYYY

**X** /s/ Andrew R. Piechowicz          Andrew R. Piechowicz
Signature of authorized representative of debtor     Printed name

Title  Managing Member

**18. Signature of attorney**

**X** /s/ James C. Thoman          Date February 15, 2024
Signature of attorney for debtor           MM / DD / YYYY

James C. Thoman
Printed name

Hodgson Russ LLP
Firm name

140 Pearl Street
Suite 100
Buffalo, NY 14202
Number, Street, City, State & ZIP Code

Contact phone  (716) 856-4000   Email address

4135612 NY
Bar number and State

Debtor  Hatchets and Hops Black Rock LLC    Case number (*if known*)
　　　　Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF NEW YORK

Case number (*if known*) _____   Chapter   11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | Against the Grain Holdings LLC | | Relationship to you | Affiliated Debtor |
| District | Western District of New York | When | Case number, if known | |
| Debtor | Andrew R. Piechowicz | | Relationship to you | Affiliated Debtor |
| District | Western District of New York | When | Case number, if known | |
| Debtor | Hatchets and Hops Brooklyn LLC | | Relationship to you | Affiliated Debtor |
| District | Western District of New York | When | Case number, if known | |
| Debtor | Hatchets and Hops LLC | | Relationship to you | Affiliated Debtor |
| District | Western District of New York | When | Case number, if known | |

Fill in this information to identify the case:
Debtor name: Hatchets and Hops Black Rock LLC
United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Small Business Financial Solutions, LLC<br>4500 East West Highway<br>6th Floor<br>Bethesda, MD 20814 | | Loan | Disputed | | | $129,742.46 |
| Vox Funding LLC<br>100 Park Avenue<br>26th Floor<br>New York, NY 10017 | | Loan | Disputed | | | $48,115.28 |
| JPMorgan Chase Bank, N.A.<br>P.O. Box 1423<br>Charlotte, NC 28201 | | Credit Card | | | | $13,630.42 |
| Stripe, Inc.<br>354 Oyster Point Blvd. South<br>South San Francisco, CA 94080 | | Loan | Disputed | | | $5,604.91 |
| BizFund, LLC d/b/a Smart Business Fundin<br>315 Avenue U<br>Brooklyn, NY 11223 | | Loan | Disputed | Unknown | Unknown | Unknown |

# United States Bankruptcy Court
### Western District of New York

In re    Hatchets and Hops Black Rock LLC            Case No.          
                                            Debtor(s)                Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    February 15, 2024                   /s/ Andrew R. Piechowicz
                                                                   Andrew R. Piechowicz/Managing Member
                                                                   Signer/Title

Against the Grain Holdings LLC
68 Tonawanda Street
Space 1
Buffalo, NY 14207


Andrew R. Piechowicz
1469 Niagara Street
Apartment 400
Buffalo, NY 14213


BizFund, LLC d/b/a Smart Business Fundin
315 Avenue U
Brooklyn, NY 11223


Brian Schechter, Esq.
Schechter Law Office PLLC
315 Avenue U
Brooklyn, NY 11223


Buffalo Freight House Tenant LLC
257 Lafayette Avenue
Suite 102
Buffalo, NY 14213


Hatchets and Hops Brooklyn LLC
98 N. 11th Street
Brooklyn, NY 11249


Hatchets and Hops LLC
505 Main Street
Buffalo, NY 14205


Isaac Hirsch Greenfield, Esq.
Law Offices of Isaac H. Greenfield, PLLC
1 Executive Blvd.
Suite 305
Suffern, NY 10901


JPMorgan Chase Bank, N.A.
P.O. Box 1423
Charlotte, NC 28201


Rapid Financial Services, LLC
4500 East West Highway
6th Floor
Bethesda, MD 20814

Small Business Financial Solutions, LLC
4500 East West Highway
6th Floor
Bethesda, MD 20814

Stripe, Inc.
354 Oyster Point Blvd. South
South San Francisco, CA 94080

Vox Funding LLC
100 Park Avenue
26th Floor
New York, NY 10017